```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 09975
  MICHAEL C GEORGE
  BONNIE GEORGE                              CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-5890     SSN XXX-XX-1493

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/16/06 and confirmed on 11/17/06.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  71714.93 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 6426.50 | .00 | 6426.50 |
| KEYBANK NATIONAL ASSOCIA | SECURED | .00 | .00 | .00 |
| HARVEY POLLACK TRUST | SECURED | .00 | .00 | .00 |
| ADVANCES SURGICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ATHLETICO LTD | UNSECURED | NOT FILED | .00 | .00 |
| BETH AM | UNSECURED | NOT FILED | .00 | .00 |
| BODIES IN BALANCE | UNSECURED | NOT FILED | .00 | .00 |
| BUFFALO GROVE EYE CARE | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 454.46 | .00 | 454.46 |
| CHICAGO INSTITUTE OF NEU | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10926.48 | .00 | 10926.48 |
| ALLIANCE ONE | UNSECURED | NOT FILED | .00 | .00 |
| NCC BUSINESS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| GREATER NORTHWEST MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 23423.21 | .00 | 23423.21 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MRI ARLINGTON HTS | UNSECURED | 149.20 | .00 | 149.20 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST ORTHOPEDIC SUR | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGISTS OF DUPAGE | UNSECURED | NOT FILED | .00 | .00 |
| PEDIATRIC & ADOLESCENT C | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1950.57 | .00 | 1950.57 |

```
DEPENDON COLLECTION SERV  UNSECURED      NOT FILED         .00         .00
ALEXIAN BROTHERS MEDICAL  UNSECURED         409.39         .00      409.39
SUBURBAN SURG CARD        UNSECURED      NOT FILED         .00         .00
TARGET NATIONAL BANK      UNSECURED        6413.48         .00     6413.48
UNIVERSITY ANESTHESIOLOG  UNSECURED      NOT FILED         .00         .00
WOMANCARE                 UNSECURED      NOT FILED         .00         .00
CAPITAL ONE BANK          UNSECURED        5470.48         .00     5470.48
ATTENTION FUNDING TRUST   UNSECURED        1258.18         .00     1258.18
DISCOVER BANK             UNSECURED        6793.66         .00     6793.66
RESURGENT CAPITAL SERVIC  UNSECURED         551.34         .00      551.34
ROUNDUP FUNDING LLC       UNSECURED        1258.18         .00     1258.18
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6426.50           .00      59058.63          .00     65485.13
PRINCIPAL PAID      6426.50           .00      59058.63          .00     65485.13
INTEREST PAID           .00           .00           .00          .00          .00
TOTAL PAID          6426.50           .00      59058.63          .00     65485.13
```

The Debtor's attorney, SCOTT J KOFKIN                    , was allowed $   3000.00
and was paid $    1000.00   direct and $    2000.00   through the plan.

The Trustee received $    3724.27 .

Refunds to the Debtor totaled $     505.53 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated:  01/16/09                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 06 B 09975 MICHAEL C GEORGE & BONNIE GEORGE